1  DANIEL HILL
   HILL FIRM PLLC
2  Nevada Bar No. 12773
   228 S. 4th Street, 3rd Floor
3  Las Vegas, Nevada 89101
   Phone: 702-848-5000
4  Fax: 702-442-8338
   dan@hillfirmlawyers.com
5  *Attorney for Defendant Scott Beckman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-00697-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL APPEARANCE** |
| vs. | **(First Request)** |
| SCOTT BECKMAN, | Initial Appearance: September 4, 2018 |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Dayle Elieson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Daniel Hill, counsel for Defendant SCOTT BECKMAN, that the initial appearance currently scheduled for September 4, 2018 at 8:30 a.m. be vacated and reset to the Court's next petty offense calendar.

The Stipulation is entered into for the following reasons:

1. Defense counsel is unavailable due to an unavoidable conflict on September 4, 2018.
2. The government has no objection.

///
///
///
///
///
///

3. Defendant Scott Beckman is at liberty and does not oppose the continuance.

4. The additional time requested herein is not sought for purposes of delay but is to allow Mr. Beckman's counsel to be present for his initial appearance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED this 28th day of August 2018.

By: */s/ Christopher Burton*
CHRISTOPHER BURTON
*Counsel for the Government*

By: */s/ Daniel Hill*
DANIEL HILL
*Counsel for Defendant Scott Beckman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT BECKMAN,<br><br>Defendant. | Case No. 2:18-mj-000697-GWF<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

**FINDINGS OF FACT**

Based upon the stipulation of the parties to continue Mr. Beckman's initial appearance, and good cause appearing, the Court finds:

1. Defense counsel is unavailable due to an unavoidable conflict on September 4, 2018.
2. The government has no objection.
3. Defendant Scott Beckman is at liberty and does not oppose the continuance.
4. The additional time requested herein is not sought for purposes of delay but is to allow Mr. Beckman's counsel to be present for his initial appearance.
5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

///
///
///
///
///
///
///
///

1 **ORDER**

2     IT IS THEREFORE ORDERED that defendant Scott Beckman's initial appearance currently

3 set for September 4, 2018 at 8:30 a.m. be vacated and rest to  October 9, 2018  at

4  8:30 a.m.  .

6     DATED this  29th  day of  August  2018.

7                                                   _____

8                                                  HON. GEORGE W. FOLEY
                                                 U.S. MAGISTRATE JUDGE