|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT BECKMAN,<br><br>Defendant. | Case No. 2:18-mj-000697-GWF<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

## **FINDINGS OF FACT**

Based upon the stipulation of the parties to continue Mr. Beckman's bench trial, and good cause appearing, the Court finds:

1. Defense counsel needs additional time to review discovery and prepare.
2. The government has no objection.
3. Defendant Scott Beckman is at liberty and does not oppose the continuance.
4. The additional time requested herein is not sought for purposes of delay but is to allow Mr. Beckman's counsel to adequately prepare for bench trial.
5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## ORDER

IT IS THEREFORE ORDERED that defendant Scott Beckman's trial currently set for December 19, 2018 at 9:00 a.m. be vacated and reset to __February 27, 2019__ at __9:00 a.m.__.

DATED this __17th__ day of __December__ 2018.

*George Foley Jr.*
HON. GEORGE W. FOLEY
U.S. MAGISTRATE JUDGE